UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JESSICA KARIM,

                             **Plaintiff,**                      24-CV-00129 (PAE) (SN)

      -against-                                          **ORDER**

BANQUET TABLES PRO, LLC,

                            **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant's response to Plaintiff's complaint was due on February 8, 2024. ECF No. 6. To date, Defendant has not appeared or responded to Plaintiff's complaint. Accordingly, Plaintiff is directed to file a letter with the Court, by February 22, 2024, as to whether counsel has had any contact with Defendant or whether counsel intends to seek a certificate of default from the Clerk of Court and file a motion for default judgment.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     February 16, 2024
                 New York, New York